UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

AIR EXPRESS INTERNATIONAL USA, INC. d/b/a DHL Global Forwarding

CASE NO. 1:20-cv-20535

Plaintiffs,

vs.

ATLAS AIR, INC.

Defendants.
_____/

**COMPLAINT**

**COMES NOW,** the Plaintiff, AIR EXPRESS INTERNATIONAL USA, INC. d/b/a DHL Global Forwarding, by and through its undersigned counsel and sues the Defendant, ATLAS AIR, INC. and alleges as follows:

1. This is an action for damages in excess Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1332 as it is a controversy between citizens of different states. In addition, this Court has original federal question jurisdiction based on 28 U.S.C. § 1331, because this action may also arise under the Montreal Convention, (the Convention for the Unification of Certain Rules for International Carriage by Air).

3. The instant forum is appropriate under Article 33 of the Convention; and Venue is further appropriate under 28 U.S.C. 1391(B)(2).

4. The Defendant Atlas Air, Inc. is a Delaware corporation with its principal place of business at 2000 Westchester Ave, Purchase NY, 10577. Defendant maintains a registered agent

1

in Plantation, FL for service of process and furthermore is subject to personal jurisdiction pursuant to the long arm statute of the state of Florida 48.193 by virtue of its systematic and continuous ties to the instant forum as well as a breach of a contract of carriage an the commission of statutory and common law breaches of care as more fully set forth herein relating to the instant specific transaction.

5. The Plaintiff, AIR EXPRESS INTERNATIONAL USA, INC. d/b/a DHL Global Forwarding, is an Ohio corporation with its principal address at 1210 South Pine Island Road, Plantation, FL 33324 and was a party to the Defendant's air waybill that is the subject of the instant transaction (AWB 369-68007984). As such it is entitled to bring and has standing to maintain the instant action.

6. On or about February 6, 2018, at Guarulhos Brazil, the Defendant accepted a shipment consisting of 27 skids containing a medical equipment for air transportation from Miami, Florida for transport to Viracopos International Airport in Brazil.

7. At the time of receipt by the Defendant, the shipment was in good order and sound condition and as proof thereof the subject Air Waybill Number 369-68007984, was issued with no exceptions noted thereon.

8. The subject cargo was damaged in transport resulting in damages in excess of the jurisdictional requirements of this Court an amount that will be proven at trial.

9. The Plaintiff timely submitted written notification of loss; has complied with all conditions precedent to the bringing of this action; or said conditions have been met waived, or excused.

## COUNT I
### Breach of Contract- Montreal Convention

10. The Plaintiff realleges and repeats paragraphs 1 through 9 as if set forth herein at length and alleges further that:

11. The Defendant contracted and agreed to deliver said cargo from Miami to Brazil in the same condition as received and as evidence of that agreement issued Air Waybill 369-68007984.

12. The Defendant breached the contract of carriage by delivering the cargo to the consignee at destination with total damage in violation of the Montreal Convention.

13. The subject cargo was damaged in transport resulting in damages in excess of the jurisdictional requirements of this Court an amount that will be proven at trial.

WHEREFORE, the Plaintiff, prays for judgment against the Defendant for a principal amount to be determined at trial plus related fees, charges and expenses, together with pre-judgment interest, costs, and such other and further relief as the Court may deem just and proper

Dated: February 5, 2020                          Respectfully submitted,

**SPECTOR RUBIN, P.A.**

By:   /s / Marc Rubin

Marc A. Rubin, Esq. (FBN: 062626)
Andrew R. Spector, Esq. (FBN: 634093)
Continental Plaza
3250 Mary Street, Suite 405
Miami, Florida 33133
Tel: 305.537.2000
Fax: 305.537.2001
marc.rubin@spectorrubin.com
andrew.spector@spectorrubin.com